IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH GRAY, as Next Friend of REBECAH BANUELOS,<br><br>     Plaintiff,<br><br>v.<br><br>ACADIA HEALTHCARE COMPANY, INC., and ROLLING HILLS HOSPITAL, LLC,<br><br>     Defendants. | Case No. 6:19-CV-338-JFH |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT "3" OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

COMES NOW Plaintiff Deborah Gray, as Next Friend of Rebecah Banuelos, by and through her attorneys, CLAGGETT & SYKES LAW FIRM (Sean K. Claggett) FADDUOL, CLUFF, HARDY & CONAWAY, P.C. (Joshua K. Conaway) and MARTINEZ, HART, THOMPSON, & SANCHEZ. P.C. (F. Michael Hart & Kelly Stout Sanchez) respectfully requests leave of Court to file under seal Exhibit "3" of Plaintiff's Motion to Compel Discovery submitted June 18, 2020, pursuant to Local Civil Rule 79.1. In support of this Motion, Plaintiff states as follows:

1. Plaintiff's Motion to Compel Discovery submitted June 18, 2020, contained three attached exhibits, with exhibit "3" including discussion of information which is confidential and raises privacy concern of individuals. In particular, the Exhibit contains names of individuals who are not part of the present lawsuit and their privacy is a concern to both Plaintiff and Defendants. Due to the nature of Exhibit "3" being a police report, the individuals who are not part of the present lawsuit should be protected.

2. Plaintiff and Defendants have discussed and stipulated that Exhibit "3" contains the names of individuals who are not involved with the present lawsuit and protecting their privacy

1

outweighs the compelling public interest in disclosure of the exhibit.

3. Local Civil Rule 79.1 provides for the sealing of documents "upon a showing that a legally protected interest of a party, non-party or witness outweighs the compelling public interest in disclosure of records." LCvR 79.1(a).

4. The sealing of Exhibit "3" from Plaintiff's Motion to Compel Discovery is therefore requested to be entered in the present litigation.

## CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that Exhibit "3" from her Motion to Compel Discovery submitted June 18, 2020, be filed under seal.

DATED this 30th day of July, 2020.

    Respectfully submitted,

    CLAGGETT & SYKES LAW FIRM

    */s/ Brian Blankenship, Esq.*
    Brian Blankenship
    Claggett and Sykes Law Firm
    4101 Meadow Lane, Suite 100
    Las Vegas, Nevada 89107
    Telephone: 702.655.2346
    Fax: 702.655.3763
    brian@claggettlaw.com

    Joshua K. Conaway
    3301 San Mateo Boulevard NE
    Albuquerque, New Mexico 87107
    Telephone: 505.243.6045
    Fax: 505.243.6642
    jconaway@fchclaw.com

    *and*

    F. Michael Hart
    Kelly Stout Sanchez
    MARTINEZ, HART, THOMPSON & SANCHEZ, P.C.
    1801 Rio Grande Boulevard NE
    Albuquerque, New Mexico 87104
    Telephone: 505.343.1776
    Fax: 505.343.7709

        mikeh@osolawfirm.com
        kellys@osolawfirm.com

*and*

Noble K. McIntyre
Jeremy Thurman
McIntyre Law, P.C.
8601 S. Western Avenue
Oklahoma City, Oklahoma 73139
Telephone: 405.917.5200
Fax: 405.917.5405
noble@mcintyrelaw.com
jeremy@mcintyrelaw.com
*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30th 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Thomas A. LeBlanc, OBA #14768
BEST & SHARP
One W. Third Street, Suite 900
Tulsa, OK 74103-4225
Telephone: (918) 582-1234
Facsimile: (918) 585-9447
*Attorneys for Defendants Acadia*
*Healthcare Company, Inc., Joey Jacobs,*
*and Youth and Rolling Hills Hospital,*
*LLC*

*/s/ Brian Blankenship, Esq.*
Brian Blankenship