## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH GRAY, as Next Friend of REBECAH BANUELOS, <br><br>Plaintiffs, <br><br>v. <br><br>ACADIA HEALTHCARE COMPANY, INC., ROLLING HILLS HOSPITAL, LLC, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. 19-CV-338-JFH |

**STIPULATED CONFIDENTIALITY ORDER AND ORDER FOR OCA DISCLOSURE**

THIS MATTER came before the Court on the parties' stipulations for Oklahoma Office of Client Advocacy ("OCA") Disclosure and Confidentiality. The Court having reviewed the pleadings and being otherwise fully advised, FINDS, CONCLUDES and ORDERS:

1. The Court has jurisdiction over the parties and subject matter herein.

2. The parties have a legitimate interest in DHS - OCA investigative records, information and testimony pertaining to R.B., DOB: 03/21/2001 and a compelling reason exists for the inspection, release or disclosure of such confidential agency records and such disclosure is necessary for the protection of a legitimate private or public interest.

3. The Oklahoma Department of Human Services – Office of Client Advocacy [DHS – OCA] shall produce to the court for *in camera* judicial review copies of its agency records as defined in 10A O.S. §1-6-101, to-wit:  all investigative records pertaining to R.B..

4. The agency records being produced by the Department shall be delivered to the Honorable Kimberly E. West, United States Magistrate Judge.

5. The use of any record from DHS - OCA ordered and disclosed by the court, or the proffering of any testimony from DHS - OCA, including current or former employees, shall be subject to the following restrictions:

    a. No reference of any kind to DHS - OCA or any DHS - OCA information and records, whether made through testimony, argument, presentation of exhibits, or otherwise, shall be made unless the courtroom or other location shall first have been cleared of everyone other than essential court personnel, the parties, counsel for the parties, DHS - OCA personnel, and any other individuals the Court determines have a legitimate interest pursuant to Oklahoma Statutes Title 10A, §1-6-102 and those remaining in the court room or other location shall be advised of the statutory confidentiality requirements concerning the information and records referenced.

    b. All DHS - OCA records that are produced, whether offered as exhibits or not, shall not be disclosed to anyone other than the parties and the Court and any other individuals the Court determines have a legitimate interest and shall be either returned to DHS - OCA at the close of the hearing in which they are produced, or maintained in the files of the court in a manner to protect the confidentiality of these records and then destroyed upon the determination in the trial or hearing in which they were offered and any appeal from the same.

    c. Anyone who received documents or information under this Order shall be prohibited from re-disclosure of those documents and of information contained in those documents and of any other information obtained from DHS - OCA, except information of which that party has independent knowledge, but only to the extent of that independent knowledge.

    d. If DHS - OCA represents that the documents and information are otherwise privileged by law, or that disclosure would be likely to endanger the life or safety of any person providing information to the department, this Court shall review the documents and information *in camera* prior to disclosure so that redaction can be made, as necessary.

    e. All portions of the court record which contains reference to DHS - OCA records and information shall be sealed and closed to anyone other than essential court personnel, the parties, counsel for the parties, DHS - OCA personnel, and any individuals the Court determines have a legitimate interest pursuant to Oklahoma Statutes Title 10A, §1-6-102.

6. The DHS – OCA will produce the DHS - OCA investigative records, information and testimony pertaining to R.B., DOB: 03/21/2001 within 14 days of entry of order by the Honorable Kimberly E. West, United States Magistrate Judge.

                                      HONORABLE KIMBERLY E. WEST
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF OKLAHOMA

| | /s/ *Thomas A. LeBlanc* |
|---|---|
| Respectfully submitted, | |
| CLAGGETT & SYKES LAW FIRM | Thomas A. LeBlanc, OBA#14768 |
| | Carrier McNeer, OBA#22235 |
| */s/Brian Blankenship, Esq.* | BEST & SHARP |
| CLAGGETT & SYKES LAW FIRM | Willims Center Tower I |
| 4101 Meadows Lane, Suite 100 | One W. Third Street, Suite 900 |
| Las Vegas, Nevada 89107 | Tulsa, Oklahoma 74103-4225 |
| Telephone: 702.655.2346 | Tel: 918.582.1234 |
| sharding@claggettlaw.com | *Attorneys for Defendants* |

jmorales@claggettlaw.com
*Attorneys for Plaintiff*
And

Joshua K. Conaway
FADDUOL, CLUFF, HARDY &
CONAWAY, P.C.
3301 San Mateo Boulevard
Albuquerque, New Mexico 87110
Telephone: 505.243.6045
Facsimile: 505.243.6642
jconaway@fchclaw.com

And

F. Michael Hart
Kelly Stout Sanchez
MARTINEZ, HART, THOMPSON &
SANCHEZ, P.C.
1801 Rio Grande Boulevard NE
Albuquerque, New Mexico 87104
Telephone: 505.343.1776
Fax: 505.343.7709
mikeh@osolawfirm.com
kellys@osolawfirm.com

and

Noble K. McIntyre
Jeremy Thurman
McIntyre Law, P.C.
8601 S. Western Avenue
Oklahoma City, Oklahoma 73139
Telephone: 405.917.5200
Fax: 405.917.5405
noble@mcintyrelaw.com
jeremy@mcintyrelaw.com
*Attorneys for Plaintiffs*

*Acadia Healthcare Company, Inc.*
*& Rolling Hills Hospital, LLC*